United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 24, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-51606
(Summary Calendar)
_____

EMERY KERTESZ; SHELIA KERTESZ;
PRO ACOUSTICS LLP,

                                            Plaintiffs-Appellants

versus

JUSTIN KORN,

                                            Defendant-Appellee

----------------------
Appeal from the United States District Court
for the Western District of Texas
(6:05-CV-369)
----------------------

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM:[*]

Plaintiffs-Appellants Emery Kertesz, Shelia Kertesz, and Pro Acoustics LLP appeal from the district court's order granting the supplemental motion of Defendant-Appellee Justin Korn to dismiss the action filed against him in the district court by Plaintiffs-Appellants. We affirm.

We have reviewed the record on appeal, the arguments of the parties as set forth in their appellate briefs, the applicable law, and the extensive analysis and ruling set forth in the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's order.  In the final analysis, we are convinced that the district court's dismissal of the action against Defendant-Appellee Justin Korn for lack of personal jurisdiction is correct and free of error.  For essentially the reasons set forth by the district court in its thorough and thoughtful analysis, the order appealed from is, in all respects,

AFFIRMED.